IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Phyllis Tate, | ) | C/A No.: 3:16-2715-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Officer Colbert, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Phyllis Tate ("Plaintiff"), proceeding pro se, filed this civil rights case on August 3, 2016. [ECF No. 1]. On April 20, 2018, Defendant filed a motion to dismiss for failure to prosecute. [ECF No. 53]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of the motion and of the need for her to file an adequate response by May 21, 2018. [ECF No. 55]. Plaintiff was specifically advised that if she failed to respond adequately, Defendant's motion may be granted. *Id.*

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether she wishes to continue with this case and to file a response to Defendant's motion to dismiss by June 7, 2018. Plaintiff is further advised

that if she fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

May 24, 2018  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge